## No. 15,619.

Rensick v. Industrial Commission et al.
(159 P. [2d] 915)

Decided June 4, 1945.   Rehearing denied July 2, 1945.

Judgment affirmed en banc without written opinion.

Mr. L. F. Butler, for plaintiff in error.

Mr. H. Lawrence Hinkley, Attorney General, Mr. Duke W. Dunbar, Deputy, Barbara Lee, Assistant, Mr. Louis Schiff, Mr. Alious Rockett, for defendants in error.